COURTROOM MINUTE SHEET - CIVIL

DAY 1 FILED AUG 20 2012

DATE: 8/20/12    CASE NO.: 1:11CV19 CEJ

JUDGE: Carol E Jackson    COURT REPORTER: A. Garagnani

American Builders v. Rodgers Mart Inc

ATTORNEY( ) for Pltf( ): Greg Revera, Paul Killian, John Grimm

ATTORNEY( ) for Dft( ): Jim Bass, Jay Syrcle

(X) Parties present for ((JURY)/NON-JURY) trial. ( ) Jury empaneled and sworn.
(X) Opening statements of (X)Pltf/(X)Dft made.
(X) Pltf evidence commenced/resumed and/but not concluded.
( ) Oral/Written motion of ( )Pltf/( )Dft for judgment as a matter of law at close of pltf's case fld/made/argued, submitted and overruled/denied/sustained/Court's ruling reserved/and is taken with the case.
( ) Dft evidence commenced/resumed and/but not concluded.
( ) Pltf evidence in rebuttal commenced/resumed and/but not concluded.
( ) Dft evidence in surrebuttal commenced/resumed and/but not concluded.
( ) Oral/Written motion of Pltf/Dft for judgment as a matter of law at the close of all the evidence fld/made/argued/submitted and overruled/denied/sustained/Court's ruling reserved/as is taken with the case.
( ) Proceedings to continue tomorrow/Monday at _____ a.m./p.m.

(X) Deft's mtn in limine - #132 - Denied; #133 - Denied
Pla - #136 - a) to exclude testimony were one defts sustained
b) Sustained c) excluding testimony Miller intent - denied
d) ABC practices - sustained/e) employment agreement - denied

COURT TIME: 9:20 to 5:05    Lunch Break 11:40 to 12:45
DEPUTY CLERK: M Schaefer