DAY **2**

COURTROOM MINUTE SHEET - CIVIL

DATE: **8/21/12**  CASE NO.: **1:11 CV 19 CEJ**

JUDGE: **Carol E. Jackson**  COURT REPORTER: **A. Garagnani**

**American Builders** v. **Roofers Mart**

ATTORNEY( ) for Pltf( ): **G Rivera, P. Killian, J. Grimm**

ATTORNEY( ) for Dft( ): **J Bass, J Syrcle**

( ) Parties present for **(JURY/NON-JURY)** trial. ( ) Jury empaneled and sworn.
( ) Opening statements of ( )Pltf/( )Dft made.
(X) Pltf evidence commenced/(resumed) and/(but not concluded)
( ) Oral/Written motion of ( )Pltf/( )Dft for judgment as a matter of law at close of pltf's case fld/made/argued, submitted and overruled/denied/sustained/Court's ruling reserved/and is taken with the case.
( ) Dft evidence commenced/resumed and/but not concluded.
( ) Pltf evidence in rebuttal commenced/resumed and/but not concluded.
( ) Dft evidence in surrebuttal commenced/resumed and/but not concluded.
( ) Oral/Written motion of Pltf/Dft for judgment as a matter of law at the close of all the evidence fld/made/argued/submitted and overruled/denied/sustained/Court's ruling reserved/as is taken with the case.
(X) Proceedings to continue (tomorrow)/Monday at **8:30** (a.m.)/p.m.
( ) _____

COURT TIME: **8:40** to **4:58**   Lunch Break **12:20** to **1:30**

DEPUTY CLERK: **M Schaefer**